Richard Reynolds, Plaintiff in Error, v. The State of Florida, Defendant in Error.

(Supreme Court of Florida, April 27, 1906.)

Writ of Error to Circuit Court, Bradford County; James T. Wills, Judge.

*C..C. Thomas,* for Plaintiff in Error.

No appearance for the State.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff and the defendant takes writ of error. Writ of error dismissed by the clerk, on præcipe of counsel for the plaintiff in error under Rule 23.